# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JEFFERY BARNETT**                                                                              **PLAINTIFF**

**v.**                          **Case No. 4:19-cv-00288 KGB**

**CRAIN FORD JACKSONVILLE, LLC**                                                **DEFENDANT**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 11). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice.

It is so ordered this 24th day of July, 2020

*[signature]*
Kristine G. Baker
United States District Judge